Exhibit "D"

**Hillary Weinstein**

| | |
|---|---|
| **From:** | rene rothstein  rubin md <renerubin@hotmail.com> |
| **Sent:** | Friday, October 18, 2019 11:26 AM |
| **To:** | jerome marcus; Hillary Weinstein |
| **Subject:** | Fw: Transfer from Stifel to Wells Fargo |
| **Attachments:** | 90228788_1_Redacted.pdf; 90228792_1_Redacted.pdf; 90228776_1_Redacted.pdf; 90228784_1_Redacted.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Rene Rothstein Rubin, MD**
**Co-director of the Hahnemann Cancer Center**
**610-608-4528**

**From:** Michael P. Mangan <mpm@mangan-ginsberg.com>
**Sent:** Thursday, July 18, 2019 9:31 AM
**To:** rene rothstein rubin md <renerubin@hotmail.com>
**Subject:** Transfer from Stifel to Wells Fargo

Rene -

See attached documents as discussed.

Mike

--
**Mangan Ginsberg LLP**
**80 Maiden Lane, Suite 304**
**New York, New York 10038**
**Tel:  (212) 248-2170**
**Fax: (212) 248-2155**

# FAX

| Date: | 7/26/2013 |
|-------|-----------|

| Pages including cover sheet: | 2 |
|------------------------------|---|

| To: | |
|-----|---|
| | |
| | |
| | |
| | |
| | |
| **Phone** | |
| **Fax Number** | +1 (704) 427-7551 |

| From: | Dmitriy Topchiy |
|-------|-----------------|
| | Wells Fargo Advisors Finet |
| | 170 Broadway |
| | Brooklyn |
| | NY              11211 |
| | |
| **Phone** | (347) 263-8487 |
| **Fax Number** | +1 (888) 688-4122 * 105 |

### NOTE:

Please review and process ASA form for acc ▮▮▮▮ 8805

**Account Services Agreement – Personal**

| Sole Owner | SS Code | Account Number | | | | | |
|---|---|---|---|---|---|---|---|
| (Office use only) | | | | | | | |

**Account Type**

| Individual | Individual | Custodian/Minor | | Guardian/Custodianship (Must attach application) | Sole Proprietor | Net Plan | 529 Plan - Custodian |
| Joint | Joint Tenants in Common | Joint Tenants as with Rights of Survivorship | | Joint Tenants by Entirety (if permitted by your State) | Community Property (if required by your State) | 529 Plan - Joint | |

**Advisory Program Account (if applicable)**

| Allocation Advisors | Asset Advisor | CustomChoice | CustomView Portfolios | CPA | FundManager Choice | FundSource Pathways | Masters | PIM | Private Investment Network | CustomView Choice | Wealth Portfolio Complete |

**Owner Information**

Primary Owner Name
Michael Rothstein

Social Security or Tax ID No.

Mailing Address
1555 East 19th str

| City | | | State | Zip Code | Country |
| Brooklyn | | | N Y | 11229 | U S A |

Co-Owner/Associated Party's Name 1
(if applicable)    H J  S  Rothstein

Co-Owner/Associated Party's Name 2
(if applicable)    Rene Rothstein - Rubin

Co-Owner/Associated Party's Name 3
(if applicable)

- I understand and acknowledge that I understand that securities products in my brokerage account
- are NOT insured by the FDIC or any other federal government agency,
- are NOT obligations of or deposits of or guaranteed by any Wells Fargo Bank or by any Bank Affiliate
- involve investment risk, including possible loss of principal.

Investment products and services are offered through Wells Fargo Advisors Financial Network, LLC ("WFAFN"), member SIPC/FINRA/SIPC, and a registered broker-dealer and non-bank affiliate of Wells Fargo & Company. WFAFN uses the trade name Wells Fargo Advisors.

585360 (Rev 03)  Page 1 of

Prin (Code: XS-USAA

# FAX

| Date: | 7/29/2013 |
|-------|-----------|

| Pages including cover sheet: | 2 |
|------------------------------|---|

| To: | |
|-----|---|
| | |
| | |
| | |
| | |
| | |
| Phone | |
| Fax Number | +1 (704) 427-7551 |

| From: | Dmitriy Topchiy |
|-------|-----------------|
| | Wells Fargo Advisors Finet |
| | 170 Broadway |
| | Brooklyn |
| | NY               11211 |
| | |
| Phone | (347) 263-8487 |
| Fax Number | +1 (888) 688-4122 * 105 |

| NOTE: | |
|-------|---|

Please review and process ASA form for account ████ 8805. Thank you

From Dmitry Topchiy   Fax +1 (888) 693-4123 'KCR: ce111To '   Fax +1 (704) 427-7551   Page 2 of 2 7/29/2013 11:28   ADVISORS

**Account Type**

Individual    Individual    Custodian/Minor    Guardianship/Conservatorship *(list which applicable)*    Sole Proprietor    529 Plan    529 Plan – Custodian

Joint    Joint Tenants in Common    ☒ Joint Tenants with Rights of Survivorship    Joint Tenants by Entirety *(if permitted for your state)*    Community Property *(if permitted for your State)*    529 Plan – Joint

**Advisory Program (if applicable)**

Allocation Advisors   Asset Advisor   Customized Portfolios   Customized DMA   FundSource Choice   FundSource Pathways   Masters   PMA   Private Advisors Network   Customized Choice   Masters FundSource

**Owner Information**

Primary Owner Name

Michael Rothstein

Mailing Address

1635 East 19th av n

City: Brooklyn    State: N Y    Zip Code: 7229    Country: USA

Co-Owner/Associated Party's Name 1 *(if applicable)*

M.J S Rothstein

Co-Owner/Associated Party's Name 2 *(if applicable)*

Rene Rothstein-Rubin

Co-Owner/Associated Party's Name 3 *(if applicable)*

I understand and acknowledge that investment and insurance products in my brokerage account:

- are NOT insured by the FDIC or any other Federal government agency
- are NOT obligations or deposits of or guaranteed by any Wells Fargo Bank or by any Bank affiliate
- involve investment risk, including possible loss of principal

[Faded paragraph of terms and conditions text]

**By signing this signature page, I/we authorize, acknowledge and agree to the terms and conditions of the client agreement and to the following:**

- Margin: [faded text]
- Communications Consent: [faded text]
- Command Asset Program Accountholders: [faded text]
- Joint Account Holders with Rights of Survivorship: [faded text]
- Permission to Share Information with Financial Advisors: [faded text]

**Certification of Taxpayer Identification Number** By checking this box, under penalties of perjury, I certify that:

1. The number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person.

You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Non-Resident Alien: By checking this box I attest that I am not a U.S. citizen or resident alien (it (1) you are purchaser and I was given a Form W-8BEN, W-8EC, W-8ECP or W-8IMY; with the application. If one of the joint owners is/made a non-resident alien with the information in such forms. [faded]

THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED FOR BACKUP WITHHOLDING.

THIS CLIENT AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE LOCATED IN SECTION I, B. THE UNDERSIGNED HEREBY ACKNOWLEDGES RECEIPT OF A COPY OF THE CLIENT AGREEMENT AND THE PROSPECTUS FOR MONEY MARKET FUND SWEEP OPTIONS.

Primary Owner Signature: X [signature]    Title (if applicable)    Date: 7/25/[?]

Printed Name: Michael Rothstein

Co-Owner/Associated Party's Signature 1: X [signature]    Title (if applicable)    Date

Printed Name: Rene Rothstein Rubin

Co-Owner/Associated Party's Signature 2: X [signature]    Title (if applicable)    Date

Printed Name: M.J S Rothstein

Co-Owner/Associated Party's Signature 3: X    Printed Name    Title (if applicable)    Date

Investment products and services are offered through Wells Fargo Advisors Financial Network, LLC ("WFAFN"), member FINRA/SIPC, and a registered broker-dealer and non-bank affiliate of Wells Fargo & Company. WFAFN uses the trade name Wells Fargo Advisors.

585010 (Rev 03, Page 1 of 1     Form Code: WFLM SA

Sitt & Rothstein v. WF, JPM, et al.     CONFIDENTIAL     WF_JPM 002915

# FAX

| Date: | 7/26/2013 |
|---|---|

| Pages including cover sheet: | 3 |
|---|---|

| To: | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Phone | |
| Fax Number | +1 (704) 427-8372 |

| From: | Dmitriy Topchiy |
|---|---|
| | Wells Fargo Advisors Finet |
| | 170 Broadway |
| | Brooklyn |
| | NY                    11211 |
| | |
| Phone | (347) 263-8487 |
| Fax Number | +1 (888) 688-4122 * 105 |

| NOTE: | |
|---|---|

Please review and process ACAT form for acc     3805. Thank you

**Sitt & Rothstein v. WF, JPM, et al.**      **CONFIDENTIAL**                 **WF_JPM 002916**

From Dmitriy Topchiy   Fax +1(888) 688-4122 (105)   To   Fax +1 (704) 427-8372   Page 2 of 3   7/26/2013 2:59

## Customer Account Transfer

### 1. Receiving Firm Account Information

Receiving Firm ID Number   Soc Sec Num

Michael Rothstein and M'S Rothstein

and Rene Rothstein - Debis, ST West

1635 East 19th str.

Brooklyn, NY 11229 - 1345

Select only one:
Non-Retirement Account Type

- [X] Single   Joint   Trust   Custodian   Estate
- Corporate   Other ___

Retirement Account Type

- Roth IRA   Traditional IRA   Qualified
- 401(k)   SIMPLE IRA   Other ___
- SEP IRA   Education Savings

### 2. Delivering Firm Account Information

Delivering Firm Account Registration Instructions

Michael Rothstein   M'S Rothstein

Rene Rothstein   Robin   ST West

1635 E 19th str. Brooklyn, NY 11229 1345

Name of the Firm Holding:

Stifel Nicolaus and Company Inc

Select only one:
Non-Retirement Account Type

- [X] Single   Joint   Trust   Custodian   Estate
- Corporate   Other ___

Retirement Account Type

- Roth IRA   Traditional IRA   Qualified
- 401(k)   SIMPLE IRA   Other ___
- SEP IRA   Education Savings

**Please note that a statement dated within the last 90 days is required for all Mutual Fund Company and Non-ACAT transfers**

### 3. Transfer Instructions (select one)

A. Entire Account Transfer (check one only)
- [ ] Transfer – all assets in kind
- Liquidations: Some firms may not accept the form for liquidation. Do not enter Service Request on the ACAT system if Liquidation is requested.
  - Liquidate – all assets and transfer proceeds
  - Liquidate – only assets listed in the Asset Listing in Section 4, transfer proceeds and all remaining assets in kind

B. Partial Account Transfer
- Transfer assets or proceeds as listed in the Asset Listing in Section 4

C. Mutual Fund Transfer (statement required)
(Shares held direct at a mutual fund company or held as physical certificates (education 529 plan accounts) – if found on a third party (i.e. Trust Company, Bank) complete section A or B
- Mutual Funds held direct, use each form in the Asset Listing in Section 4
- Mutual Fund Certificate   FA Last Name ___

D. Certificate of Deposit Liquidation (CD) (check one only)
- Upon Maturity – the maturity date is ___
  (liquidate 4 weeks before maturity date)
- Immediately – I acknowledge there may be a penalty and/or a charge for a full liquidation
- Percent of Amount ___ (if not marked, liquidate all)

E. Annuity Liquidation (check one only)
- Immediately – I acknowledge there may be a penalty and/or a surrender charge for a full liquidation
- Percent of Amount ___ (if not marked, liquidate all)
- Penalty free amount only

### 4. Asset Listing

| Asset Description Symbol / Cusip | Quantity | Position (if whole account to be used here) | Mutual Fund Account Number (if applicable the option) | Mutual Fund Current Same Option | Mutual Fund Reinvest Options (check one) |
|---|---|---|---|---|---|
| Cash $ | | | | | |
| | All | In Kind | | Reinvest | Remove |
| | | Liquidate | | Cash | Cash |
| | A2 | In Kind | | Reinvest | Reinvest |
| | | Liquidate | | Cash | Cash |
| | A3 | In Kind | | Reinvest | Reinvest |
| | | Liquidate | | Cash | Cash |
| | A4 | In Kind | | Reinvest | Reinvest |
| | | Liquidate | | Cash | Cash |
| | A5 | In Kind | | Reinvest | Reinvest |
| | | Liquidate | | Cash | Cash |
| | A6 | In Kind | | Reinvest | Reinvest |
| | | Liquidate | | Cash | Cash |
| | A7 | In Kind | | Reinvest | Reinvest |

investment products and services are offered through Wells Fargo Advisors Financial Network, LLC ("WFAFN") member FINRA/SIPC and a registered broker dealer and non-bank affiliate of Wells Fargo & Company. WFAFN uses the trade name Wells Fargo Advisors

591085 (Rev 02 - 12/12) Page 1 of 4

706594459

Case 1:21-cv-01401-RER-PK   Document 1-2   Filed 11/11/19   Page 9 of 24 PageID #: 53

## 4. Authorization to Change Registration

By completing this section you are authorizing a transfer between unlike account registrations and ownership. Not applicable for retirement accounts. Note The delivering firm may require additional paperwork to transfer between unlike account registrations

| Delivering Firm Mutual Fund Co Account Title | Account Number | Account Social Security Number (Tax ID) |
|---|---|---|
| Receiving Firm Mutual Fund Co Account Title | Account Number | Account Social Security Number (Tax ID) |

I understand and accept the change of registration and ownership and how Wells Fargo Advisors, Fund Clearing, LLC and the delivering firm may differ from acting on this above instruction. This may not be applicable in all cases

## 5. One and Same Name Certification

By completing this section you are authorizing a transfer between unlike account registrations only

This is to certify that _____ (print name)

and _____ (print name) are one and the same person

Sign as both ways Accounts are Registered

| Signature | Print Name | Date |
|---|---|---|
| X | | |
| Signature | Print Name | Date |
| X | | |

## 7. Authorized Signatures

| Account Holder's Signature Capacity | Account Holder's Name (print) | Date |
|---|---|---|
| X | Michael Rothstein | 07/26/2013 |
| Account Holder's Signature Capacity | Account Holder's Name (print) | Date |
| X | Rosa Rothstein - Lubin | 07/26/2013 |
| Account Holder's Signature Capacity | Account Holder's Name (print) | Date |
| X | A G S Rothstein | 07/26/2013 |
| Account Holder's Signature Capacity | Account Holder's Name (print) | Date |
| X | | |
| Account Holder's Signature Capacity | Account Holder's Name (print) | Date |
| X | | |

## Office Use Only - Client Identification/Signature Validation - Mutual Fund Direct Transfers and Liquidations Only

(Check one of the four Validation Options)                     Signature Guarantee

1   Client Personally Known to Me

2   Validated Government Issued Photo ID (when client is present)

3   Compared signature to undged documents

4   Verbally confirmed two of the following (when client is not present):
       Social Security Number or Tax Identification Number
       Date of Birth
       Home Telephone Number
       Recent Account Activity

I certify that I validated the client's identity and/or signature via the method indicated above. I further certify that the client has the authority to execute the transaction

| Name (Print) | Signature | Date |
|---|---|---|
| | X | |

## For Internal First Clearing Transfers Only - For use if required by channel

| X | | |
|---|---|---|
| Branch Manager or Supervisory Signature | Date | |

## Custodian Acceptance - Firm Use Only

(to be used only if First Clearing LLC accepts appointment as Successor Custodian)   Conduct

| X | | Phone |
|---|---|---|
| Successor Custodian Signature | Account Transfers | Phone (855) 372-2526 |
| Date under the capacity | Mutual Funds Department | Phone (314) 955-2884 |

Sitt & Rothstein v. WF, JPM, et al.    CONFIDENTIAL    WF_JPM 002918

# FAX

| Date: | 7/29/2013 |
|---|---|

| Pages including cover sheet: | 8 |
|---|---|

| To: | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Phone | |
| Fax Number | +1 (704) 427-8372 |

| From: | Dmitriy Topchiy |
|---|---|
| | Wells Fargo Advisors Finet |
| | 170 Broadway |
| | Brooklyn |
| | NY          11211 |
| | |
| Phone | (347) 263-8487 |
| Fax Number | +1 (888) 688-4122 * 105 |

| NOTE: | |
|---|---|

Please review and process ACAT form request for acc [      ] 8805. Thank you

Sitt & Rothstein v. WF, JPM, et al.    CONFIDENTIAL    WF_JPM 002919

From Dmitry Topchiy    Fax +1 (888) 688-4122 / 105    To    Fax +1 (704) 427-8372    Page 2 of 7 7/29/2013 11:49

## Customer Account Transfer

| Safe-Firm # | SR Code | FA Code | Account Number | Inter Ostomer $242 | ACAT - Fax (*04) 427-8371 |
| 5/E | DRLN | BRLS | 81.035 | Delivering Firm | Send to: H0301 cr t: Blue FireLoue |
| Office Use Only | | | | Closing 0.795 | Mutual Funds: Fax (336) 733-6349    Physical: Brody Dom /Confirms Only, Send to H0304 or 314 Triangle Envelope    Send to H0306-307 |

### 1. Receiving Firm Account Information
Secondary Tax ID Number / Soc Sec Num

Receiving Firm Account Registration / Address

Michael Rothstein and RLN S. Rothstein
and Rene Rothstein - Rubin JTWens
1635 East 19th Av.
Brooklyn, NY 11229 - 1345

(select only one)
**Non-Retirement Account Type**

| Single | X Joint | Trust | Custodian | Estate |
| Corporate | Other | | | |

**Retirement Account Type**

| Roth IRA | Traditional IRA | Qualified | | |
| 401(k) | SIMPLE IRA | Other | | |
| SEP IRA | Education Savings | | | |

### 2. Delivering Firm Account Information
Account Number

Delivering Firm Account Registration   Address

Michael Rothstein    119 S. Rothstein
Rene Rothstein Rubin JTWROS
1635 E 19th Str. Brooklyn, NY 11229 1345

Name of Delivering Firm
Stifel Nicolaus and Company Inc.

(select only one)
**Non-Retirement Account Type**

| Single | X Joint | Trust | Custodian | Estate |
| Corporate | Other | | | |

**Retirement Account Type**

| Roth IRA | Traditional IRA | Qualified | | |
| 401(k) | SIMPLE IRA | Other | | |
| SEP IRA | Education Savings | | | |

**Please note that a statement dated within the last 90 days is required for all Mutual Fund Company and Non-ACAT transfers**

### 3. Transfer Instructions (select one)

A. **Entire Account Transfer** (check one only)
- Transfer - all assets in kind
- **Liquidations** Some firms may not accept this form for Liquidation. Do not enter Service Request on the ACAT system if Liquidation is requested.
  - Liquidate - all assets and transfer proceeds
  - Liquidate - only assets listed in the Asset Listing in Section 4. Transfer proceeds and all remaining assets in kind

B. **Partial Account Transfer**
  - Transfer assets or proceeds as listed in the Asset Listing in Section 4.

C. **Mutual Fund Transfer** (statement required)
  - Shares held direct at a mutual fund company or held as physical certificates - excludes 529 plan accounts. If funds are held in a third party i.e. Trust Company Bank complete section 4 or b.
  - Mutual Funds held direct. List each fund in the Asset Listing in Section 4.
  - Mutual Fund Certificates   FA Last Name

D. **Certificate of Deposit Liquidation (CD)** (check one only)
  - Upon Maturity - the maturity date is
  - (some firms require maturity date)
  - Immediately - I acknowledge there may be a penalty and/or surrender charge for a full liquidation
  - Percent or Amount ___ (if not marked, liquidate all)

E. **Annuity Liquidation** (check one only)
  - Immediately - I acknowledge there may be a penalty and/or surrender charge for a full liquidation
  - Percent or Amount ___ (if not marked, liquidate all)
  - Penalty-free amount only

### 4. Asset Listing

| Asset Description Symbol / CUSIP | Quantity | Transfer (Receive Cash or) (Liquidate at) | Mutual Fund Account Number (if CUSIP at of a Fund) | Mutual Fund Capital Gains Option (Reinvest one) | Mutual Fund Dividends Option (Select one) |
| --- | --- | --- | --- | --- | --- |

(Cash or Applicable for Mutual Funds Company Transfers)

Cash $ ___

IF NOT COMPLETED ASSUMED CHOICE IS REINVEST

| | All | In-Kind | | Reinvest | Reinvest |
| | | Liquidate | | Cash | Cash |
| | All | In-Kind | | Reinvest | Reinvest |
| | | Liquidate | | Cash | Cash |
| | All | In-Kind | | Reinvest | Reinvest |
| | | Liquidate | | Cash | Cash |
| | All | In-Kind | | Reinvest | Reinvest |
| | | Liquidate | | Cash | Cash |
| | All | In-Kind | | Reinvest | Reinvest |
| | | Liquidate | | Cash | Cash |
| | All | In-Kind | | Reinvest | Reinvest |
| | | Liquidate | | Cash | Cash |
| | All | In-Kind | | Reinvest | Reinvest |
| | | Liquidate | | Cash | Cash |
| | All | In-Kind | | Reinvest | Reinvest |
| | | Liquidate | | Cash | Cash |

Investment products and services are offered through Wells Fargo Advisors Financial Network, LLC ("WFAFN"), member FINRA/SIPC, and a registered broker-dealer and non-bank affiliate of Wells Fargo & Company. WFAFN uses the trade name Wells Fargo Advisors.

597300 (Rev 02   12/12) Page 1 of 4

SR# 1085844458

From Dmitriy Topchiy   Fax +1 (888) 888-4122x105   Amena To   8805   Delivering Firm   Fax +1 (704) 427-8372   Page 3 of 8 7/29/2013 11:49

Clearing # 07795

## 5. Authorization to Change Registration

By completing this section you are authorizing a transfer between unlike account registrations and ownership. Not applicable for retirement accounts. Note: The delivering firm may require additional paperwork to transfer between unlike account registrations.

| Delivering Firm/Mutual Fund Co. Account Title | Account Number | Account Social Security Number/Tax ID |
|---|---|---|
| Receiving Firm/Mutual Fund Co. Account Title | Account Number | Account Social Security Number/Tax ID |

I understand and accept the change of registration and ownership and that Wells Fargo Advisors, First Clearing, LLC and the delivering firm harmless from acting on the above instruction. This may not be applicable in all cases.

## 6. One and Same Name Certification

By completing this section you are authorizing a transfer between unlike account registrations only.

This is to certify that _____ (print name)

and _____ (print name) are one and the same person

Sign as both ways Accounts are Registered

| Signature | First Name | Date |
|---|---|---|
| X | | |
| Signature | Print Name | Date |
| X | | |

## 7. Authorized Signatures

| Account Holder's Signature | Account Holder's Name (print) | Date |
|---|---|---|
| X | Michael Edelstein | 07/28/2013 |
| Account Holder's Signature (Custodian) | Account Holder's Name (print) | Date |
| X | Rene Edelstein - Lubin | 07/28/2013 |
| Account Holder's Signature (Authority) | Account Holder's Name (print) | Date |
| X | H.J.S. Edelstein | 07/28/2013 |
| Account Holder's Signature (Custodian) | Account Holder's Name (print) | Date |
| X | | |
| Account Holder's Signature (Custodian) | Account Holder's Name (print) | Date |
| X | | |
| Account Holder's Signature (Custodian) | Account Holder's Name (print) | Date |
| X | | |

## Office Use Only - Client Identification/Signature Validation - Mutual Fund Dgent Transfers and Liquidations Only

(Check one of the four Validation Options)

Signature Guarantee

1.   Client Personally Known to Me
2.   Validated Government-Issued Photo ID when client is present
3.   Compared signature to imaged documents
4.   Verbally confirmed two of the following (when client is not present)
   Social Security Number or Tax Identification Number
   Date of Birth
   Home Telephone Number
   Recent Account Activity

I certify that I validated the client's identity and/or signature via the method indicated above. I further certify that the client has the authority to execute this transaction.

| Name (Print) | Signature | Date |
|---|---|---|
| | X | |

## For Internal First Clearing Transfers Only - For use if required by channel

| X | | |
|---|---|---|
| Branch Manager or Supervisor Signature | Date | |

## Custodian Acceptance - Firm Use Only

Be advised that First Clearing, LLC accepts appointment as Successor Custodian   Contact:

| X | | Phone: |
|---|---|---|
| Successor Custodian Signature | Account Transfers | Phone (866) 272-3046 |
| Date (must be completed) | Mutual Funds Department | Phone (314) 955-2864 |

567304  Rev 01  12, 2) Page 3 of 4

**Sitt & Rothstein v. WF, JPM, et al.**          **CONFIDENTIAL**          **WF_JPM 002921**











Sitt & Rothstein v. WF, JPM, et al.        CONFIDENTIAL                WF_JPM 002926

Exhibit "E"

REVIEWED

OCT 15 2019

# STIFEL NICOLAUS

## Account Verification Information

In accordance with Securities and Exchange Commission Rules, Stifel Nicolaus is verifying the account information below. If the information provided below is correct, no further action on your part is required; however, if there are any discrepancies, please note them, sign where indicated, and return the form in the postage-paid envelope provided for your convenience.

**Registration and Mailing Address:**
DR RENE ROTHSTEIN RUBIN
434 NORTH HIGHLAND AVE
MERION STA PA 19066-1710

**Branch Office and Phone Number:**
FLORHAM PARK          973-549-4000
**Financial Advisor:**
FPCP - MELVIN TAUB/ GLENN WEISS
**Account Number:**

**Primary Owner:**

**Legal Name:**
RENE ROTHSTEIN RUBIN

**Date of Birth:**
12-01-1956

**Occupation:**
PHYSICIAN

**Employer:**
SELF

**FINRA Affiliation:**
NOT ASSOCIATED WITH A BROKER/DEALER OR
FINRA/NYSE MEMBER(NON STIFEL NICOLAUS)

**Legal Address:**
434 NORTH HIGHLAND AVE
MERION STA PA 19066

Home Phone Number:
610-668-1590

Business Phone Number:
610 608 4528

**Investment Objective and Financial Information:**
This information applies to all account owners:

**Associated Parties Authorized to Act on this Account:**

**Primary Investment Objective:** GROWTH & INCOME
**Annual Income:** $100,000 TO $249,999
**Net Worth:** $500,000 TO $999,999

Signature: _____          Joint Signature: _____

*If the information displayed above is correct, you do NOT need to sign and return this form.*

STIFEL NICOLAUS & COMPANY INCORPORATED

10/26/2010 17:28 FAX 0058/0068
10/21/2010  14:55    2                          PAGE
Rx Date/Time    OCT-13-2010(WED) 02:32    9735494181    P. 002
STOct. 13. 2010  1:15PM SECURITIES ACCOUNT APPLICATION No. 373  P. 2
AND SUBSTITUTE IRS FORM W-9
**PRESTIGE ACCOUNTS**

**ACCOUNT OWNER INFORMATION**          ☒ New Account    ☐ Existing Account    ☐ Transfer Account
Account No ▮▮▮▮▮▮▮▮▮    F.A No. *FPCP*

Account Title: _____

Name: **Dr. RENE ROTHSTEIN RUBIN** 12·01·56    Tr. ID No. (Required if applicable) _____
Birth Date (REQUIRED)    Primary Social Security No. (REQUIRED)

Name: **734 N. Highland Ave / Merion ST. Pa**    19066
Address    City    State    Zip
Birth Date (REQUIRED)    Secondary Social Security No. (REQUIRED)

MONEY MARKET FUND ELECTION (CHOOSE ONLY ONE): The General Money Market Fund will be automatically selected if a money market portfolio is not elected.
☐ General Government Securities Money Market Fund    ☐ General Municipal Money Market Fund    ☐ Dreyfus Massachusetts Municipal Money Market Fund
☒ General Money Market Fund    ☐ General California Municipal Money Market Fund    ☐ Dreyfus New Jersey Municipal Money Market Fund
☐ General National Prime Money Market Fund    ☐ General New York Municipal Money Market Fund    ☐ Dreyfus Pennsylvania Municipal Money Market Fund
☐ FDIC-Insured Money Market Deposit Account    ☐ Dreyfus Connecticut Municipal Money Market Fund

CASH MANAGEMENT ACCOUNT ELECTION: (Note: If you do not wish to have cash management services, go on to Margin option below.)

STIFEL PRESTIGE® ACCOUNT (No Monthly Fee)
* $1,000 minimum initial deposit (cash)
Checks and debit cards will be issued only if elected below
☐ Unlimited check writing with no minimum check amount*
☐ Debit MasterCard® with daily point-of-sale limit of $5,000**
* Stifel @ccess
*Duplicate checks and business checks are available at an additional cost

☐ STIFEL PRESTIGE®** ACCOUNT ($5.00 Monthly Fee)
* $10,000 minimum initial deposit (cash or marginable securities)
* Unlimited check writing with no minimum check amount*
* Debit MasterCard® with daily point-of-sale limit of $9,999**
* Automatic bill payment    * Travel and insurance benefits
* Awards program    * Concierge service    * Stifel @ccess
*Duplicate checks and business checks are available at an additional cost

**MasterCard® Requirement: If a Debit MasterCard® is elected, please fill out the following items for security reasons.
Date of Birth __ / __ / __    Mother's Maiden Name _____

MARGIN LINE OF CREDIT ELECTION (OVERDRAFT PROTECTION):
I (we) instruct Stifel, Nicolaus & Company, Incorporated to establish my (our) account as a conventional cash/credit account (margin account) allowing account equity loans, which is established and operated in accordance with Regulation T of the Federal Reserve Board. I acknowledge that I have received, read, and understand the Margin Disclosure Statement and the Investment and Account Services Client Agreement. To elect margin, all account owners must sign in the boxes to the right.

| SIGN HERE TO ELECT MARGIN | Date |
| AUTHORITY OR SIGNATURE TWO MAY NOW ALSO CONFIRM | Date |

AUTHORIZATION SIGNATURES. BY SIGNING BELOW, I (WE) ACKNOWLEDGE THAT:
* I (we) have received, read, understand, and agree to the enclosed Investment and Account Services Client Agreement.
* THIS AGREEMENT MAY NOT BE AMENDED OR ALTERED UNLESS AGREED TO IN WRITING BY STIFEL.
* I (we) acknowledge that if this account is a joint account, it will be carried as Joint Tenants With Rights of Survivorship (JTWROS) unless a different registration is specified below. If the account is held as joint tenants with rights of survivorship, each tenant owns the account in proportion to his or her net contributions to it, and upon the death of one of us, the remaining account passes to the survivor(s). (See reverse of form for important information if you are a resident of a Community Property state or Louisiana.)
Please indicate alternate form of joint ownership, if other than JTWROS, and indicate the percentage ownership of each joint owner.

* I (we) have received and read a Prospectus for the applicable money market fund, or the terms and conditions for the Insured Bank Deposit Program.
* I (we) certify the Substitute IRS Form W-9 below. THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE THAT I CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.
* THIS CONTRACT CONTAINS A BINDING ARBITRATION PROVISION WHICH MAY BE ENFORCED BY THE PARTIES (page 13, section 19).

| SIGNATURE(S) Sign exactly as account is titled. | ALL ACCOUNT OWNERS MUST SIGN. | |
| ✗ | Date 10/17 | Date |

SUBSTITUTE IRS FORM W-9
Tax Certification Instructions: You must strike out the language certifying that you are not subject to backup withholding if you have been notified that you are subject to backup withholding due to payor underreporting and you have not received a notice from the Internal Revenue Service advising you that backup withholding has been reinstated.
Under penalties of perjury, I certify that: 1) The number shown on this application is my correct taxpayer identification number (or I am waiting for a number to be issued to me), 2) I am not subject to backup withholding because a) I am exempt from backup withholding, or b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or c) the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an individual retirement arrangement, and payments other than interest and dividends), and 3) I am a U.S. person (including a U.S. resident alien).
By signing this Form above, I also state that if I become subject to backup withholding following the opening of my account, I will notify you in writing. See instructions on reverse.

White Copy: Branch    Canary Copy: Client

## ADD/DELETE INTERESTED PARTY

**Date:** 10/25/2010

**To:** **Stifel, Nicolaus & Company, Incorporated**

**Branch Office Address:** 18 Columbia Turnpike

Florham Park, NJ

07932

**Re:** Account Name: Dr. Rene Rothstein Rubii

Account Number: ▓▓▓▓▓

*Duplicate statements were deleted after 10/1/10.*

Dear Sir/Madam:

Please use this letter to add or delete *(check box)* the following name and ad

☑ Add      ☐ Delete

**Interested Party:** Name: Martin Rothstein

Address: 1828 E. 17th Street

Brooklyn, NY 11229

*Please check all that apply:* ☐ Duplicate Confirms      ☑ Duplicate Statements

Thank you for your cooperation in this matter.

*The undersigned hereby agrees to indemnify Stifel, Nicolaus & Company, Incorporated, and its parent, subsidiaries and affiliates and their respective past and present officers, directors, employees and agents against any and all loss, liability, claim, damage or expense (including without limitation, judgments, amounts paid in settlement and attorney's fees) arising out of or relating to the authorization described herein.*

_____     _____
*(Customer Signature)*                      *(Joint Signature)*

**PLEASE NOTE: IF JOINT ACCOUNT, ALL PARTIES MUST SIGN**
**IF CORPORATE ACCOUNT, PROPER RESOLUTIONS MUST BE ON FILE**

11/4/2010
J00

*Marciano* 11.3.10

## STIFEL
## NICOLAUS

*Stifel, Nicolaus & Company, Incorporated   Member NASD/SIPC/NYSE   www.stifel.com*

4/07

Exhibit "F"

Rene Rothstein Rubin, MD
434 North Highland Ave
Merion Station, PA 19066-1710
Ph: 610-608-4528

October 8, 2019

**ATTORNEY-CLIENT PRIVILEGED**
**VIA FIRST-CLASS MAIL**
Michael P. Mangan, Esq.
Mangan Ginsberg LLP
80 Maiden Lane
Suite 304
New York, New York 10038

Dear Mr. Mangan:

I write regarding the default judgment entered in the matter of *Sitt, et al., v. Preis, et al.*, Supreme Court of the State of New York, Kings County, No. 505078/2016, a case in which I, along with others, retained your services to represent us as plaintiffs. Kindly forward to me my file in this matter at the address above, together with the file in the related matter of *Sitt v. Wells Fargo Prime Services LLC, et al.*, FINRA Case, No. 17-01773.

I appreciate your cooperation in this matter. If you have any questions, please do not hesitate to contact me at the number above. Thank you.

Sincerely,

Rene Rothstein Rubin, MD

Rene Rothstein Rubin, MD
434 North Highland Ave
Merion Station, PA 19066-1710
Ph: 610-608-4528


October 8, 2019

**<u>VIA FIRST-CLASS MAIL</u>**
Stifel
Attn: Glenn Weiss
18 Columbia Turnpike
Florham Park, NJ 07932

Dear Mr. Weiss:

I write in regards to my Money Market Account No. ███████, for which you serve as account manager.  Please see attached for the Securities Account Application for this Account.  Kindly send me all files and documents related to this Account at the address above.

I appreciate your cooperation in this matter.  If you have any questions, please do not hesitate to contact me at the number above.  Thank you.


Sincerely,


Rene Rothstein Rubin, MD


Enclosure