IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENE ROTHSTEIN RUBIN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 19-5301 |
| v. | : | |
| | : | |
| MICHAEL P. MANGAN, ESQ., MANGAN & GINSBERG LLP, and MICHAEL ROTHSTEIN, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, on this 17th day of February, 2021, it is **ORDERED** that Michael Rothstein's Motion to Dismiss (ECF No. 38) is disposed of as follows:

- The motion to dismiss for improper venue is **GRANTED** to the extent that venue is improper in this district.

- The motion to dismiss for lack of personal jurisdiction is **DENIED AS MOOT**.

It is **FURTHER ORDERED** that Michael P. Mangan, Esq. and Mangan & Ginsberg, LLP's Motion to Dismiss (ECF No. 39) is disposed of as follows:

- The motion to dismiss for lack of subject matter jurisdiction is **DENIED**.

- The motion to dismiss for improper venue is **GRANTED** to the extent that venue is improper in this district.

- The motion to dismiss for lack of personal jurisdiction is **DENIED AS MOOT**.

- The motion to dismiss for failure to state a claim is **DENIED AS MOOT**.

It is **FURTHER ORDERED** that the above-captioned case is **TRANSFERRED** to the Eastern District of New York under 28 U.S.C. § 1406(a).

      s/ANITA B. BRODY, J.
ANITA B. BRODY, J.

Copies **VIA ECF**